PEOPLE v RICHARD THOMAS.  Appeal from Recorder's Court of Detroit, Frank G. Schemanske, J.  Submitted Division 1 February 1, 1972, at Detroit.  (Docket No. 11997.)  Decided February 21, 1972.

*Frank J. Kelley*, Attorney General, *Robert A. Derengoski*, Solicitor General, *William L. Cahalan*, Prosecuting Attorney, *Dominick R. Carnovale*, Chief, Appellate Department, and *Gerard A. Poehlman*, Assistant Prosecuting Attorney, for the people.

*Carl Ziemba*, for defendant on appeal.

Before:    V. J. BRENNAN, P. J., and J. H. GILLIS and O'HARA, JJ.

MEMORANDUM OPINION.  Defendant was convicted of felonious assault and he appeals.  The people have filed a motion to affirm.

Upon examination of the briefs and record, it is manifest that the questions sought to be reviewed are so unsubstantial as to need no argument or formal submission.

Motion to affirm granted.